Delta Law Group, A Professional Law Corporation
Jim G. Price, Esq., #119324
P.O. Box 1417
Brentwood, CA 94513
Tel: 925-516-4686
Email: deltalawgroup@yahoo.com
Attorneys for Plaintiff PRISCILLA GRUBER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA GRUBER, an individual,<br><br>                                   Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., COMMERCIAL RECOVERY SYSTEMS, et al.<br><br>                                   Defendant(s). | CASE NUMBER<br>C-13-0694-LB<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| November 22, 2013 | /s/ JIM G. PRICE, ESQ. |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*